```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 01038
   JUANITA WILLIAMS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-9967


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/13/2005 and was confirmed 02/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  11.08% from remaining funds.

     The case was paid in full 03/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
BENEFICIAL ILLINOIS       CURRENT MORTG         .00             .00           .00
BENEFICIAL                NOTICE ONLY     NOT FILED             .00           .00
COOK COUNTY TREASURER     SECURED           231.93              .00        231.93
AMERICREDIT FINANCIAL SV  UNSECURED       15279.63              .00       1693.19
NATIONAL CAPITAL MANAGEM  UNSECURED        8841.19              .00        979.73
BENEFICIAL ILLINOIS       MORTGAGE ARRE    8845.73              .00       8845.73
NATIONWIDE CASSEL         UNSECURED        5100.00              .00        565.15
NICOLE LAWSON             DEBTOR ATTY     1,974.00                        1,974.00
TOM VAUGHN                TRUSTEE                                           830.27
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            15,120.00

PRIORITY                                         .00
SECURED                                     9,077.66
UNSECURED                                   3,238.07
ADMINISTRATIVE                              1,974.00
TRUSTEE COMPENSATION                          830.27
DEBTOR REFUND                                    .00
                  ---------------          ---------------
TOTALS             15,120.00                15,120.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 01038 JUANITA WILLIAMS